Argued and submitted March 9, review dismissed as improvidently allowed March 24, 1994

STATE OF OREGON,
*Respondent on Review,*

*v.*

MICHAEL FLOYD MERRILL,
*Petitioner on Review.*

(DC DA461348-9202; CA A76575; SC S40553)

869 P2d 867

Wayne Mackeson, Portland, argued the cause and filed the petition for petitioner on review.

Robert B. Rocklin, Assistant Attorney General, Salem, argued the cause for respondent on review. With him on the response were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Carson, Chief Justice, and Gillette, Fadeley, Unis, Graber, and Durham, Justices.

MEMORANDUM OPINION